No. 382. SELCHOW & RIGHTER Co. *v.* WESTERN PRINTING & LITHOGRAPHING Co. ET AL. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals

736

for the Seventh Circuit denied. *Mr. Ross O. Hinkle* for petitioner. *Mr. Casper W. Ooms* for respondents. ■